UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOSE SOTO, ROBERT CIARPAGLINI, and
REINIER RAVESTEIJN,

        Plaintiffs,

  v.                                                              Case No. 07-C-75

PETER ERICKSON, et al.,

        Defendant.

## DECISION AND ORDER

Plaintiffs have filed an amended complaint, which seeks to add a free exercise claim on behalf of plaintiff Ciarpaglini as well as First and Eighth Amendment claims on the part of a new plaintiff, Reinier Ravesteijn.

Leave to amend the complaint is not required because an answer has not yet been filed. Fed. R. Civ. P. 15(a). Nevertheless, the court is still obligated to screen a prisoner's amended complaint to ensure that it states a claim and complies with the rules of procedure. The proposed amended complaint fails to comply with Civil Local Rule 15.1, which states that "[a]ny amendment to a pleading, whether filed as a matter of course or upon motion to amend, must reproduce the entire pleading as amended, and may not incorporate any prior pleading by reference." This is not merely a technical requirement: it ensures that the allegations of the complaint, which largely control the direction of the case, are not spread out through various documents. Instead, they must be clearly,

and completely, set forth in a single document. Because the proposed amended complaint fails to set forth the entirety of the allegations, it is ordered stricken.

**SO ORDERED** this  23rd  day of February, 2007.

                                                                                 s/ William C. Griesbach
                                                                                 William C. Griesbach
                                                                                 United States District Judge