UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOSE SOTO, and REINIER RAVESTEIJN,

        Plaintiffs,

  v.                                  Case No. 07-C-75

PETER ERICKSON, et al.,

        Defendants.

**ORDER**

Plaintiff Ravesteijn moved for voluntary dismissal of his claims without prejudice. As defendants have filed no objection, the motion will be granted. All claims brought by plaintiff Ravesteijn are **DISMISSED** without prejudice.

**SO ORDERED** this   21st   day of August, 2007.

                                          s/ William C. Griesbach
                                          William C. Griesbach
                                          United States District Judge